UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BRITTANY TYSON** | **CASE NO. 1:22-CV-01109 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **CHRIS STINSON, ET AL.** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## RULING AND ORDER

This cause comes before the Court on Brittany Tyson's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (R. Doc. 1). Respondent filed an Answer (R. Doc. 8), and an evidentiary hearing was held before the Magistrate Judge (R. Doc. 11).

The Magistrate Judge has issued a Report recommending that Petitioner's application for habeas corpus relief be granted (R. Doc. 14). The State did not file objections to the Magistrate Judge's Report.

After careful review of the Petition, related filings, and the record, the Court concurs with the Magistrate Judge's findings under the applicable law and adopts it as the Court's opinion. Accordingly,

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (R. Doc. 1) is **GRANTED,** Petitioner's state court conviction is **VACATED** and Petitioner shall be immediately released from custody on her own recognizance.

**IT IS FURTHER ORDERED** that this matter be **REMANDED** to the Twenty Sixth Judicial District Court for the Parish of Webster, Louisiana where Petitioner shall be present for further proceedings to be held on Friday, September 20, 2024 at 9:30 a.m.

**IT IS FURTHER ORDERED** that the State of Louisiana shall retry Petitioner within one hundred eighty (180) days of this Ruling and Order; otherwise, the State shall unconditionally discharge Petitioner from custody.

THUS DONE AND SIGNED in Chambers on this 1st day of August, 2024.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE